**1548 ALLOR vs. BOARD OF AUDITORS (Wayne), 43 M., 76.**

To compel respondent to audit relator's account for services, as constable, in the arrest of parties charged with the commission of crimes outside the City of Detroit, in Wayne County, upon warrants issued by justices of the peace of the City of Detroit.

Granted February 11, 1880.

**1549 BOARD OF POLICE COMMISSIONERS (East Saginaw) vs. BOARD OF SUPERVISORS (Saginaw), 35 M., 91.**

To require respondents to audit and allow a bill presented to them by relators, for services performed by one of the police officers in the pursuit and apprehension of a person charged with an offence against the laws of the State, committed within East Saginaw.

Denied, with costs, October 24, 1876.

**1550 FOLLENSBEE (Sheriff) vs. BOARD OF SUPERVISORS (St. Clair), 67 M., 614.**

To audit and allow relator's account, amounting to $393, for services and disbursements in making service of a requisition in the State of Texas and bringing two fugitives from that State to Port Huron.

Denied November 10, 1887.

Relator did not act in his official capacity in performing the services, but performed them at the instance of private parties, and the governor, in the appointment, expressly provided that "the State was to be liable for no expense incurred in the pursuit and arrest of said fugutives."